429 A.2d 58

Commonwealth v. Carter, Appellant.

Argued December 3, 1979. William J. Myers, for appellant; Stewart L. Kurtz, II, District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgment of sentence affirmed.